## Benjamin ROBERTS, Plaintiff— Appellant,

v.

## AMERICAN MEDICAL LABS, now known as Quest Diagnostics Nichols Institute, Defendant—Appellee.

### No. 04–1486.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 25, 2004.

Decided Sept. 13, 2004.

Benjamin Roberts, Appellant pro se. Thomas Jackson Mitchell, Hunton &

Williams, Richmond, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## PER CURIAM.

Benjamin Roberts appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench. *See Roberts v. Am. Med. Labs,* No. CA–03–1044–A (E.D.Va. filed Mar. 19, 2004 & entered Mar. 22, 2004); R. Vol. 3. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*